IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KAREEM HASSAN MILHOUSE, :
    Plaintiff : No. 1:14-cv-01055
:
v. : (Judge Kane)
:
JESSICA SAGE, et al., :
    Defendants :

## ORDER

**AND NOW**, on this 31st day of March 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Defendants' motion to dismiss and for summary judgment (Doc. No. 112), is **GRANTED** as follows:

1. Plaintiff's claims against the Federal Bureau of Prisons and "John Does 1-2" are **DISMISSED**;

2. Plaintiff's claims against Defendants Brathwaite, Ivy, Fanning, Pyles, and Meyer are **DISMISSED** for lack of personal jurisdiction;

3. Plaintiff's FTCA claims against the United States are **DISMISSED** for failure to exhaust administrative tort remedies and for failure to comply with 28 U.S.C. § 2675(a) and 28 U.S.C. § 2401(b);

4. Plaintiff's Bivens claims against Defendants Sage, Mink, O'Shaughnessy, Eigenbrode, Enigkt, Pigos, Edinger, Mims, Ennis, Ebbert, Jusino, O'Brien, and Odom are **DISMISSED** for failure to exhaust administrative remedies;

5. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff;

6. Plaintiff's renewed motion for psychological evaluation (Doc. No. 161), is **DENIED AS MOOT**; and

7. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania